JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. P.,[1]<br><br>  Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,[2]<br><br>  Defendant. | Case No. CV 23-9919 PVC<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: March 21, 2025

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek, Acting Commissioner of the Social Security Administration, is substituted for his predecessor. *See* 42 U. S. C. § 405(g); Fed. R. Civ. P. 25(d).